UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60192-CR-HURLEY

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

v.

**IVAN MONSALVE,**
     **Defendant.**
-------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 54].  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations is **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, October 4, 2016,** at **1:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20th day of July, 2016.

**Copies furnished:**
All Counsel of Record

_____
Daniel T. K. Hurley
United States District Judge